## 62418. GARDNER v. B. O. N. D. COMMUNITY CREDIT UNION.

DEEN, Presiding Judge.

The nonjury judgment for plaintiff in this action to collect the balance due on a promissory note admittedly executed by the appellant for value is affirmed in accordance with Court of Appeals Rule 36.

*Judgment affirmed. Banke and Carley, JJ., concur.*

DECIDED OCTOBER 20, 1981.

*Jane Kent-Plaginos,* for appellant.
*Louis F. Ricciuti,* for appellee.